



# MEMORANDUM OPINION

No. 04-09-00668-CV

**IN THE MATTER OF M.F.**

From the 289th Judicial District Court, Bexar County, Texas
Trial Court No. 2009-JUV-00976
Honorable Carmen Kelsey, Judge Presiding

PER CURIAM

Sitting:      Karen Angelini, Justice
             Sandee Bryan Marion, Justice
             Phylis J. Speedlin, Justice

Delivered and Filed: April 28, 2010

DISMISSED

Appellant has filed a motion to dismiss this appeal. The motion states that appellant has conferred with appellee and that appellee does not oppose the motion. Therefore, we grant the motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a).

PER CURIAM